**Order entered November 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00523-CR

### CRISTAL PAULLETT RICHARDSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-00479-X**

## ORDER

The Court **GRANTS** appellant's October 30, 2014 second motion to extend time to file

her brief. We **ORDER** appellant to file her brief by **DECEMBER 17, 2014**.


/s/     LANA MYERS
          JUSTICE